**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

———————————

No. 99-41128
(Summary Calendar)

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROQUE DeJESUS-MEJIA,

Defendant - Appellant.

————————————————————————

Appeal from the United States District Court
For the Southern District of Texas
District Court Number B-99-CR-129-1

————————————————————————

June 26, 2000

Before JOLLY, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Roque DeJesus-Mejia appeals his conviction for illegal reentry into the United States in

violation of 8 U.S.C. § 1326 (a) and (b). As he concedes, we have previously rejected both of his

appellate arguments. His argument that the district court erred when it denied his motion to dismiss

———————————

[*]   Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

his indictment because his prior removal was in violation of due process of law is foreclosed by our decision in *United States v. Benitez-Villafuerte*, 186 F.3d 651, 658-60 (5th Cir. 1999), *cert. denied*, 120 S. Ct . 838 (2000).  His argument that the indictment was defective because it failed to allege specific intent to commit the offense with which he is charged is foreclosed by our decision in *United States v. Ortegon-Uvalde*, 179 F.3d 956, 959 (5th Cir.), *cert. denied*, 120 S. Ct. 433 (1999).

AFFIRMED.